**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 32.212.138.83**

**ISP:** Frontier Communications
**Physical Location:** Sandy Hook, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/03/2016 11:30:51 | 35CD129B72D3A9BB6F8E2BB6B327505B4955F6AC | Pussy Cat Burglar |
| 07/21/2016 07:05:49 | D4524F7494D3B9777F53CB285EB6CF6AF6E57CA4 | Triple Blonde Fantasy |
| 06/01/2016 12:36:09 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 05/31/2016 22:08:05 | DA7B4EEF60E4A8E7B40C4A12B3627D145AE8702F | Rub Me The Right Way Too |
| 05/31/2016 10:08:36 | C309FD0EFF8C53FC91EE8CADE19299B20382C011 | Every Guys Perfect Threesome |
| 04/25/2016 20:44:20 | CF56A06976B2D0FF2D05D2B97F531714DFED1851 | Czechmates |
| 04/25/2016 20:18:40 | 7DA91FAF901B75A3C1DD066BF120F7CC670D346B | Threesome With a View |
| 04/18/2016 00:24:46 | C4B116901323314680B16C353CE13B975797F9EF | Tropical Sexcapades |
| 04/10/2016 19:00:55 | CE4837465682E996CA56550075B01A0C9D6A2BCF | Lying Around |
| 03/19/2016 14:24:23 | B32EDD4C97D57375752D8C006E4EF84AE05E49ED | Hot Winter Fox |
| 03/19/2016 14:24:20 | 3DF19036CD18CE3730E92AA1F7C1A1377C733875 | Loving It Hard And Deep |
| 02/10/2016 18:57:02 | 04BCB5FB0D24E7B36B907DD636D77485CBF0C100 | Sex At The Office |
| 01/25/2016 14:59:32 | 719BA5EF656A19FE6C5B6A8CAFE0532E3542C6FE | Hot In Here |
| 01/16/2016 14:12:38 | 17A57CB801A640A51C177C598E756B49D035858A | Black Widow |
| 01/07/2016 12:23:44 | 0A7E05DDF999177C2C394E75D4C9A00768320AEC | All I Want for Christmas |
| 01/06/2016 19:40:40 | 9935AEBEA1346A631C66FC085F5EE8C7652891B5 | Skin Tillating Sex For Three |
| 01/06/2016 15:35:51 | 62B8DB222AF2699E5010B3400EB99D61BAD2AE9A | Like The First Time |
| 12/30/2015 16:16:25 | 788B42F54EB397276D50A94E3138612F59347541 | Rock Me Baby |
| 11/14/2015 11:47:50 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 09/16/2015 18:37:33 | D08C419AABB0A3F1FF01B2E970C4923AA4D43546 | Every Mans Sexy Camping Trip |
| 08/02/2015 12:10:31 | BBF947D17243D903DBA748ADF7CFB61B683F2538 | Among The Wildflowers |
| 07/31/2015 12:38:39 | 69E459ECF56BE8866B33D435FE52D8B126824C2A | Above The Air |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/30/2015 18:22:49 | E2960F9E0263415757E96F3007BE8320FAA9190E | Are You Man Enough |
| 07/30/2015 18:01:12 | C4D05E31DA53EF05D540D3455A4C1FA6EE5D6C57 | Rub Me The Right Way |
| 07/30/2015 17:45:07 | B8C16DD2315E2B3A85735FAFBD6038159BA6D413 | Seize The Moment |
| 07/30/2015 17:37:53 | C197C0702F46472EA69F407BCF709BE614DB5BD6 | Catching The Sun |
| 05/25/2015 09:14:52 | 62737EF51ED9E949D953816DCFE9EA33628E9D70 | Take Your Picture |
| 05/24/2015 23:04:16 | E89F1C5770345EA196ACEFD71B342AA05DC2B700 | Little Play Thing |
| 05/14/2015 01:43:26 | 2DC2D989FBD6459360D2F41955B4DC4E18D72AC2 | Twice The Fun |
| 05/14/2015 01:30:09 | 27A90E3D64CD34C9C8DBF5EF27937D6232A37D5A | Dripping Pleasures |
| 05/14/2015 00:35:55 | 23726F460CBEA3032E2F6597A080FD6CBD8FFEA5 | Do Not Keep Me Waiting Part #2 |
| 05/14/2015 00:34:43 | 163CB98FBB67E56D5DD9FA838A9FD3B727902EEE | Cum Inside the Fantasy Suite |
| 05/13/2015 22:18:44 | D556C5174FD29945FE8D61A3664CB226A9B92549 | Spread Across The Floor |
| 05/13/2015 21:02:11 | 5AF6D949B43B961B86EFCCD3FC98865B0A0B4340 | Let Me Join You |
| 05/13/2015 20:22:30 | 9707004B1F9B27D34741470AA7B465D24F9184B3 | UnBREElievable |
| 03/26/2015 09:43:58 | E227677C3E01FDAA160A3743970F675C1901881B | Take Me Now |
| 03/26/2015 06:17:01 | 30B1EECA4ADAA66FBC7DC2E62F85865F44864235 | Cum Worthy |
| 03/11/2015 10:27:43 | 5F98D3D05AF6F88E440F7EF86F9F090C2C778D24 | Red Hot and Ready |
| 03/11/2015 03:04:18 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 02/24/2015 11:40:14 | 67FC3AB8C42C0AB95EBD7AF78E93372F0BFDB355 | Spread Wide Open |
| 02/24/2015 06:55:38 | 356B1860435695B8562EAC015A9662FCB2AF1C7E | Bring Me To My Knees |
| 02/10/2015 17:00:15 | B02953D6302E57278155D581E4B70C1C95065C01 | Barely Fits |
| 02/10/2015 10:13:03 | F0FD5C999A9F0543E5FE9C5C89EBF30F3F93F016 | Maybe Yes |
| 01/30/2015 14:02:05 | 2470982AF53559E88D38D0051476B8CCE482BE9F | The Secretary |
| 01/30/2015 13:17:07 | D9F1B7F0EDABB75557156F04A692C32D9E07CE77 | Love From USA |
| 01/29/2015 12:34:21 | 4C8290F62C3DEC8ACFB4D04338B66FDE74F15174 | The Studio Part #2 |
| 01/29/2015 09:31:10 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |

**Total Statutory Claims Against Defendant: 47**